Name: Heather Anthony-Pierre

Address: 4040 Peterkin Anchorage AK 99508

Telephone number: 907-317-7486

RECEIVED
JAN 21 2016
Clerk, U.S. District Court
Anchorage, A.K.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Heather Anthony-Pierre
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Philip Tinsley,
Joe Fisher,
Ann Hendriks,
(Enter full names of defendant(s) named on EEOC final decision. Do NOT use *et al*.)

JBER Exchange
Defendant(s).

Case No. 3:16-cv-023-SLG
(To be supplied by Court)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

### 1. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq.

2. **PARTIES**

   a. Name of plaintiff: Heather Anthony-Pierre

      Present mailing address: 4040 Peter Kin Anch. AK 99508

      Phone: 907-317-7486

   b. Name of first defendant: JBER Exchange

      Present mailing address or business location: 3911 S. Walton Walker Blvd 5th Floor Dallas TX

      Phone:

   c. Name of second defendant: Philip Tinsley

      Present mailing address or business location:

      Phone:

   d. Name of third defendant: Joe Fisher

      Present mailing address or business location:

      Phone:

   Ei Ann Hendriks

   (Copy this blank page for additional defendants, if necessary, and label it 2A.)

3. **NATURE OF CASE**

   a. The address at which I sought employment or was employed by the defendant(s) is: _____

   Disability discrimination

PS05 (6/04)    Page 2 of 6

Case 3:16-cv-00023-SLG   Document 1   Filed 01/21/16   Page 2 of 6

b.  The discriminatory acts occurred on or about  12 / 31 / 14
                                                  (month/day/year)

c.  The acts complained of in this suit concern:

   i.    ✓ Failure to employ me

   ii.   ✓ Termination of my employment

   iii.  ___ Failure to promote me

   iv.   ___ Demotion

   v.    ___ Denial equal pay/work

   vi.   ___ Sexual harassment

   vii.  ___ General harassment

   viii. ✓ Other (Be specific; attach additional sheet if necessary):
   They Refused to accomidate my disability that was due to a work injury.

d.  Defendant's conduct is discriminatory with respect to the following:

   i.    ___ My race or color

   ii.   ___ My religion

   iii.  ___ My sex

   iv.   ___ My national origin

   v.    Other: Disability

e.  I filed a complaint with the Alaska State Commission for Human Rights on or about: Jan / 21 / 2014 (month/day/year)

f.  I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about: <u>Jan / 21 / 2014</u> (month/day/year)

g.  The EEOC sent a **"Notice of Right to Sue"*** which I received on or about: <u>6 / 22 / 15</u> (month/day/year). ***Please attach notice.**

   The notice is attached to this complaint. __✓__ Yes ____ No

   If not, why not:_____

   _____

   _____

h.  I believe that the defendant(s) is/are still committing these acts against me: __✓__ Yes ____ No

## 4. CAUSE OF ACTION

I allege that the defendant has discriminated against me as follows:

a.  Count 1:_____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):

_____

_____

_____

_____

_____

b. Count 2:_____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):_____

I wasn't told I had to give a reason why my documents was late being turned in.

## 5. INJURY

How have you been injured by the actions of the defendant(s)? Yes due to them going against doctors orders that my position is sedentary they choose to put me at a register that required repetitive movement getting up and down from a seated position that caused my right knee to swell and had to be opperated immediately.

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief: My retirement benefits and Financial Compensation for time lost from work and pain and suffering.

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint, and that the information contained in the complaint is true and correct.

_____  Jan/21/16
(Signature)                    (Date)