# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| HEATHER ANTHONY-PIERRE<br>*Plaintiff*<br>v.<br>JBER EXCHANGE, et al.,<br>*Defendant* | )<br>)<br>) Civil Action No. 3:16-cv-00023-SLG<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* JBER EXCHANGE, et al., recover costs from the plaintiff *(name)* HEATHER ANTHONY-PEIRRE. The Motion for Summary Judgment at Docket 34 is GRANTED.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge SHARON L. GLEASON on a motion for Summary Judgment at Docket 34.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

**Lesley K. Allen**
Lesley K. Allen
Clerk of Court

Date: Click or tap to enter a date.

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.