

**RECEIVED**
SEP 17 2018
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Heather Anthony-Pierre
*Plaintiff/Petitioner*,

vs.

Ashton B. Carter
Secretary, Department
of Defense
*Defendant(s)/Respondent.*

Case No. 3:16-CV-00023-SLG

## NOTICE OF APPEAL

NOTICE is hereby given that Heather Anthony-Pierre
(Name of Appellant)

representing him/herself, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the April 20, 2018 (order)
(Final Judgment or Order)

entered in this action on the April day of 20, 20 18.

DATED 9/17/18

Heather C. Anthony-Pierre
(Signature of Appellant)

4040 Peterkin
Anchorage Ak. 99508
907-317-7486
(Address & Telephone)